UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN HENRY MICHAEL McKEVITT

                      Plaintiff(s),

       09 civ 3744 (JGK)

      -against-

**ORDER**

DIRECTOR ROBERT S. MUELLER, III, et al.,
                      Defendant(s),
-----------------------------------------------------------X

    A motion to dismiss was filed on July 10, 2009.

    The plaintiff shall serve and file papers in response to the motion by **September 3, 2009.**

    The defendant shall serve and file any reply papers by **September 17, 2009.**

    The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                             JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 13, 2009

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/09
```